AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| URBAN WOLF MANAGEMENT LLC, a Florida limited liability company,<br><br>*Plaintiff(s)*<br>v.<br>ESTEBAN CARRERAS CIGAR CO., a California corporation,<br><br>*Defendant(s)* | Civil Action No. 9:24-cv-80305-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ESTEBAN CARRERAS CIGAR CO.
915 Calle Amanecer
San Clemente, CA 92673

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    MATTHEW T. RAMENDA, ESQ.
WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.
2255 GLADES ROAD, SUITE 200-E
BOCA RATON, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Mar 15, 2024

s/ W. Cendejas
Deputy Clerk
U.S. District Courts